UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Penske Truck Leasing Co., L.P. ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A & B Logistics, Inc.,<br><br>　　　　Defendant. | Case No. 2:16-cv-0133-TLN-CKD<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment, in the amount of $101,932.40, is hereby ENTERED against defendant:

A & B Logistics, Inc.

June 13, 2016　　　　　　　　　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/  K. Zignago, Deputy Clerk